# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**JUSTIN J. ALLEN**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **05-CR-0006**

_____
Defendant's Attorney

## THE DEFENDANT:

[✔] pleaded guilty to count(s): <u>1 through 8 of the Complaint</u>.
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| See next page. | | | |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ] Count(s) ___ (is)(are) dismissed on the motion of the United States.

[ ] Indictment is to be dismissed by District Court on motion of the United States.

[ ] Appeal rights given.    [ ] Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/15/2007
Date of Imposition of Judgment

_____
Signature of Judicial Officer

**CRAIG M. KELLISON**, United States Magistrate Judge
Name & Title of Judicial Officer

5/15/2007
Date

CASE NUMBER: 05-CR-0006  
DEFENDANT: JUSTIN J. ALLEN

Judgment - Page 2 of 3

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 4.2(b)/CVC 14601.2(a) | Drive While Privileges Suspended | 5/5/2005 | 1 |
| 36 CFR 4.22(b)(3) | Operate Vehicle in Unsafe Manner | 5/5/2005 | 2 |
| 36 CFR 4.1(a) | Operate Vehicle Off Designated Roadway | 5/5/2005 | 3 |
| 36 CFR 2.35(a)(3)(iii) | Possess Alcohol in Closed Area | 5/5/2006 | 4 |
| 36 CFR 2.31(a)(3) | Damage Property Belonging to Federal Government | 5/5/2006 | 5 |
| 36 CFR 1.5(f) | Entering Closed Area | 5/5/2006 | 6 |
| 36 CFR 4.12 | Violate Traffic Control Device | 5/5/2006 | 7 |
| 36 CFR 2.23(b) | Enter Fee Area w/o Purchasing Permit | 5/5/2006 | 8 |

| | | |
|---|---|---|
| CASE NUMBER: | 05-CR-0006 | Judgment - Page 3 of 3 |
| DEFENDANT: | JUSTIN J. ALLEN | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ten (10) days from date of federal custody on May 14, 2007.

[ ]     The court makes the following recommendations to the Bureau of Prisons:

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal